Date: 08/11/10

Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 08-32157 - HILLEMEIER, DOUGLAS P

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| UNITED BUILDING CENTERS<br>PO BOX 5550<br>WINONA MN 55987 | 000004 | 148.26 | 2.34 |
| ---------- Remittance Total ---------- | | 148.26 | 2.34 |

CHARLES W. RIES, Trustee

RECEIVED 10 AUG 12 AM 10:53 U.S. BANKRUPTCY COURT ST. PAUL, MN